**IT IS SO ORDERED.**

**SIGNED THIS: June 28, 2011**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE CENTRAL DISTRICT OF ILLINOIS

RE: SARA ELIZABETH CASCO            )
    AKA SARA E. MONTGOMERY          )
    AKA SARA E. DREIFURST,          )
                                    )
U.S. Bank, N.A., its Successors     )
and/or Assigns,                     )
                  Creditor,         )
        vs.                         )   CASE NO. 11-80490
                                    )   JUDGE Thomas L. Perkins
SARA ELIZABETH CASCO                )
AKA SARA E. MONTGOMERY              )
AKA SARA E. DREIFURST,              )
                  Debtor(s),        )
                                    )
```

## ORDER MODIFYING STAY

THIS CAUSE COMING ON TO BE HEARD on the motion of U.S. Bank, N.A., its
Successors and/or Assigns, a Creditor herein, the Court having
jurisdiction over the parties and the subject matter and being duly
advised in the premises, and due Notice having been given to the parties
entitled thereto:

    IT IS HEREBY ORDERED that the Automatic Stay in the case is modified
and leave is hereby granted to U.S. Bank, N.A., its Successors and/or

Assigns and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 1103 14th Avenue, Moline, IL.


Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.


Pierce and Associates, P.C.
Attorneys for Creditor
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
312-346-9088
PA No: 11-3244

### #